[No. 19796-1-II.     Division Two.     October 31, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. FAUSTINO VARGAS-ANDRATTI, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 95-1-01550-8, Frederick W. Fleming, J., entered May 24, 1995. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Morgan and Seinfeld, JJ.

[No. 19856-8-II.     Division Two.     October 31, 1997.]

*In the Matter of the Estate of* WOLLEN.

R.D. SWANSON, *Appellant*, v. WILLIAM C. SEVERSON, *Respondent.*

Appeal from a judgment of the Superior Court for Thurston County, No. 85-4-00379-3, Wm. Thomas McPhee, J., entered August 7, 1995. *Affirmed in part* and *reversed in part* by unpublished opinion per Madsen, J. Pro Tem., concurred in by Armstrong and Hunt, JJ.

[No. 20192-5-II.     Division Two.     October 31, 1997.]

KELLY'S ENTERPRISES, INC., *Appellant*, v. KEVIN VARNESS, ET AL., *Respondents.*

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 93-2-00304-6, F. Mark McCauley, J., entered November 20, 1995. *Affirmed* by unpublished opinion per Bridgewater, A.C.J., concurred in by Morgan and Armstrong, JJ.

[No. 20347-2-II.     Division Two.     October 31, 1997.]

MICHAEL J. MAJOR, ET AL., *Appellants*, v. PORT TOWNSEND SCHOOL DISTRICT, ET AL., *Respondents.*

Appeal from a judgment of the Superior Court for Jefferson County, No. 94-2-00202-2, Richard J. Thorpe, J., entered February 6, 1996. *Affirmed* by unpublished opinion per Houghton, C.J., concurred in by Seinfeld and Hunt, JJ.